RHEA LABOV, ET AL. v. GARY SHANK, ET AL.

September 12, 1989.

This matter having been duly considered by the Court, it is ORDERED that the appeal is hereby dismissed for failure to state a substantial constitutional question as required by *R.* 2:2–1(a).

WILLIAM J. SIMON v. BOARD OF TRUSTEES, POLICE AND FIREMEN'S RETIREMENT SYSTEM.

September 19, 1989.

Petition for certification denied. (See 233 *N.J.Super.* 186).

STATE OF NEW JERSEY v. PASQUALE CALABRIA.

September 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WOODROW STEWART, JR.

September 19, 1989.

Petition for certification denied.